**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
XERIANT, INC.,

                    Plaintiff,

     -against-                                  23 **CIVIL** 9200 (LAK)

                                                              **<u>JUDGMENT</u>**

AUCTUS FUND, LLC,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated January 09, 2024, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       January 9, 2024

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                  **BY:**  *Negam Dulel*

                                                                  **Deputy Clerk**