UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

XERIANT, INC.,

      Plaintiff,

v.

AUCTUS FUND, LLC,

      Defendant.

-------------------------------------------------------------x

Index No.: 23-cv-9200

**MEMO ENDORSED**

## NOTICE OF MOTION

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for an Order vacating the dismissal entered on January 9, 2024, and the Declaration of William Igbokwe in Support of Plaintiff's Motion ("Igbokwe Declaration"), Plaintiff respectfully requests that the Court enter an Order vacating the dismissal entered on January 9, 2024, or in the alternative, to declare the dismissal to be without prejudice and allow the Plaintiff to cure any defects in the pleadings, so that the case may be adjudicated on the merits.

Date: January 9, 2024    Respectfully submitted by:    /s/ William Igbokwe
    O. Williams Igbokwe (5170683)
    Law Office of William Igbokwe
    28 Liberty Street, 6th Floor
    New York, New York 10005
    will@iwlaws.com
    Tel: (347) 467-4674
    Fax: (347) 467-6367

*Granted — dismissal vacated*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
1/22/24